**UNITED  STATES  DISTRICT  COURT**
**SOUTHERN  DISTRICT  OF  OHIO**
**WESTERN  DIVISION**

SHELBY DUNBAR,                                    Civil Action No. 1:26-cv-291

     Plaintiff,                                   Dlott, J.
                                                  Bowman, C.M.J
    vs.


COUNTRY INTELLIGENCE GROUP, LTD,

     Defendant.

### REPORT AND RECOMMENDATION

On March 24, 2026, the undersigned issued an Order directing Plaintiff to provide the Court with a copy of her right-to-sue letter from the Equal Employment Opportunity Commission within ten (10) days of the date of the Order. (Doc. 2). Plaintiff's deadline for compliance with the Court's Order was April 3, 2026. Plaintiff did not timely comply with the Court's Order by providing a copy of her right-to-sue letter to the Court. Thereafter, on April 16, 2026, Plaintiff was Ordered to Show Cause within twenty (20) days, why her Complaint should not be dismissed without prejudice for want of prosecution and failure to abide by an Order of the Court.  (Doc. 3). The Order also warned Plaintiff that failure to comply could result in a report and recommendation that this action be dismissed. (Doc. 3). To date, Plaintiff has neither paid the filing fee, nor filed a copy of her right to sue letter, nor otherwise responded to the Deficiency Order.

Plaintiff's failure to prosecute this matter and to obey an Order of the Court warrants dismissal of this action pursuant to Fed. R. Civ. P. 41(b). See *Jourdan v. Jabe*, 951 F.2d 108, 109–10 (6th Cir. 1991). District courts possess the inherent authority to

sua sponte dismiss civil actions for want of prosecution in order to "manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962). Although Plaintiff is proceeding pro se, pro se litigants are not excused from compliance with procedural rules and court orders. See *McNeil v. United States*, 508 U.S. 106, 113 (1993).

Accordingly, **IT IS RECOMMENDED THAT** this action be **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and that this case be **CLOSED.**

 *s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Chief Magistrate Judge

**UNITED  STATES  DISTRICT  COURT**
**SOUTHERN  DISTRICT  OF  OHIO**
**WESTERN  DIVISION**

SHELBY DUNBAR,                                    Civil Action No. 1:26-cv-291

      Plaintiff,                                        Dlott, J.
                                                 Bowman, C.M.J
    vs.


COUNTRY INTELLIGENCE GROUP, LTD,

    Defendant.


**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof.  That period may be extended further by the Court on timely motion by either side for an extension of time.  All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections.  A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).